JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LOPEZ, | Case No. CV 26-3400 FMO (AYPx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| KYU HWANG CHAE, <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 10th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge